# UNITED STATES DISTRICT COURT

for the

District of Connecticut

**The Health Consultants Group, LLC**
_____
*Plaintiff*

v.

**Jeffrey Richter**
_____
*Defendant*

)
)
)
)
)

Case No. 3:12-cv-01692

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Jeffrey Richter**
_____ .

Date: **Nov 30, 2012**

_____
*Attorney's signature*

**Timothy M. Herring ct26523**
_____
*Printed name and bar number*

**Chipman, Mazzucco, Land & Pennarola, LLC**
**39 Old Ridgebury Road, Suite D-2**
**Danbury, CT 06810**
_____
*Address*

**tmh@danburylaw.com**
_____
*E-mail address*

**(203) 744-1929, Ext. 19**
_____
*Telephone number*

**(203) 790-5954**
_____
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on **Nov 30, 2012**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**Service by Mail:**
**Hassett & George P.C.**
**945 Hopmeadow Street, Simsbury, CT 06070**

_Attorney's signature_

**Timothy M. Herring, ct26523**
**Chipman, Mazzucco, Land & Pennarola, LLC**
**39 Old Ridgebury Road, Suite D-2**
**Danbury, CT 06810**
**Phone:  (203) 744-1929, Ext. 19**
**Fax: (203) 790-5954**