UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Health Consultants Group,
    Plaintiff,

v.                                                    Civil No. 3:12cv1692  (JBA)

Richter,
    Defendant.

ORDER OF REFERRAL

This matter is referred to Magistrate Judge Joan G. Margolis for the purpose of ruling on

Doc. # 4.

IT IS SO ORDERED.


/s/_____
Janet Bond Arterton, U.S.D.J.


Dated at New Haven, Connecticut:  December 03, 2012