# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 3:12-cv-01692(JBA)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Health Consultants Group LLC, Plaintiff

| | |
|---|---|
| December 3, 2012 | *[signature]* |
| Date | Signature |
| CT02192 | Louis N. George |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| (860) 651-1333 | Hassett & George, P.C. |
| | 945 Hopmeadow Street |
| Telephone Number | Address |
| (860) 651-1888 | Simsbury, CT 06070 |
| Fax Number | |
| lgeorge@hgesq.com | |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Timothy M. Herring
Chipman, Mazzucco, Land & Pennarola
39 Old Ridgebury Road, Suite D-2
Danbury, CT 06810

*[signature]*
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

CERTIFICATE OF SERVICE

This is to certify that on this \_3\_ day of December 2012, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Timothy M. Herring
Chipman, Mazzucco, Land & Pennarola
39 Old Ridgebury Road
Suite D-2
Danbury, CT 06810

_____
Louis N. George, Esq.
Hassett & George, P.C.
945 Hopmeadow Street
Simsbury, CT 06070
(860) 651-1333
CT Federal Bar No. CT02192