# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## APPEARANCE

**CASE NUMBER:**   3:12-cv-01692(JBA)

**To the Clerk of this court and all parties of record:**

Enter my appearance as counsel in this case for:

Health Consultants Group LLC, Plaintiff

December 3, 2012
_____
Date

CT28195
_____
Connecticut Federal Bar Number

(860) 651-1333
_____
Telephone Number

(860) 651-1888
_____
Fax Number

jmcdonald@hgesq.com
_____
E-mail address

_____
Signature

Jeffrey O. McDonald
_____
Print Clearly or Type Name

Hassett & George, P.C.
945 Hopmeadow Street
_____
Address

Simsbury, CT 06070
_____

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Timothy M. Herring
Chipman, Mazzucco, Land & Pennarola
39 Old Ridgebury Road, Suite D-2
Danbury, CT 06810

_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

<u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 3rd day of December 2012, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Timothy M. Herring
Chipman, Mazzucco, Land & Pennarola
39 Old Ridgebury Road
Suite D-2
Danbury, CT 06810

Jeffrey O. McDonald, Esq.
Hassett & George, P.C.
945 Hopmeadow Street
Simsbury, CT 06070
(860) 651-1333
CT Federal Bar No. CT28195