IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------X
:
HEALTH CONSULTANTS GROUP, LLC    :    3:12 CV 1692 (JBA)
:
V.                                :
:
JEFFREY RICHTER                   :    DATE: DECEMBER 10, 2012
:
---------------------------------------------------------X

MEMORANDUM OF TELEPHONIC STATUS CONFERENCE

Date of Conference:   December 10, 2012

Attorneys Present:    Michael C. Conroy, Esq.
                      (For Plaintiff)(by telephone)

                      Timothy M. Herring, Esq.
                      (For Defendant)(by telephone)

DISCUSSIONS

Counsel agreed to the deadlines set forth below.

ORDERS

1.  Counsel will engage in discrete, limited discovery regarding some factual issues to be addressed at the evidentiary hearing on plaintiff's Motion for Preliminary Injunction, filed November 30, 2012 (Dkt. #4), with the hope that such discovery can be completed by December 21, 2012.

2.  By agreement of counsel, the evidentiary hearing will be held on **January 15, 2013, at 9:30 a.m.,** 141 Church Street, Courtroom 5, New Haven, Connecticut, and will be continued, as necessary, on **January 18, 2013.**

3.  By further agreement of counsel, if counsel wishes, a pre-hearing brief may be filed **on or before January 10, 2013**.

4.  **On or before January 10, 2013**, each party shall submit a list of proposed

witnesses and a list of proposed exhibits (with plaintiff using numbers and defendant using letters). Copies of such exhibits shall be submitted to the Magistrate Judge's Chambers.

5. The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

Dated at New Haven, Connecticut, this 10th day of December, 2012.

   /s/ Joan G. Margolis, USMJ   
Joan Glazer Margolis  
United States Magistrate Judge